

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00140-CR

| | | |
|---|---|---|
| Samuel Henry | § | From the 211th District Court |
| | § | of Denton County (F-2013-1051-C) |
| v. | § | January 29, 2015 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel